# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0568

VERSUS

JEROME AYRO                                           **AUGUST 2, 2022**

---

In Re:    Jerome Ayro, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          379,198.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                          JMM
                          MRT
                          WRC

COURT OF APPEAL, FIRST CIRCUIT

a.S.

_____
DEPUTY CLERK OF COURT
      FOR THE COURT